---

**Fill in this information to identify the case**

Debtor 1  **Joseph M. Cavlovich**

Debtor 2  **Melanie S. Cavlovich**
**(Spouse, if filing)**

United States Bankruptcy Court for the: **WESTERN** District of **PENNSYLVANIA**

                                                                **(State)**
Case number  14-24444

---

## Form  4100R
### Response to Notice of Final Cure Payment                                     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** PNC Bank N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 2540

**Court claim no.** (if known):

9

**Property address:** 10 Christler St
                        Number            Street

Pittsburgh                          PA            15223
City                                State        Zip Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                 $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒  Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
   The next postpetition payment from the debtor(s) is due on:            03/25/2020
                                                                          MM/DD/YYYY

☐  Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a.   Total postpetition ongoing payments due:                                     (a) $_____

   b.   Total fees, charges, expenses, escrow, and costs outstanding:                (b) $_____

   c.   Total. Add lines a and b.                                                    (c) $_____

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became due on:     ___/___/____
                                                                          MM/DD/YYYY

20-009754_SCS2

Debtor 1 _____Joseph M. Cavlovich_____    Case number (if known) 14-24444_____
       First Name             Middle Name       Last Name

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

*X* _/s/ Karina Velter_____       Date __March 24, 2020____
    Signature

Print:      Karina Velter_____       Title __Attorneys for Creditor_____

Company    _Manley Deas Kochalski LLC_____

Address     _P.O. Box 165028_____
          Number          Street

          _Columbus, OH  43216-5028_____
          City           State       ZIP Code

Contact phone  _614-220-5611_____       Email __amps@manleydeas.com___

Form 4100R               **Response to Notice of Final Cure Payment**            page **2**

20-009754_SCS2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | **Case No.: 14-24444** |
| **Joseph M. Cavlovich** | **:** | **Chapter 13** |
| **Melanie S. Cavlovich** | **:** | **Judge Gregory L. Taddonio** |
| | **:** | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** | | |
| | **:** | |
| **PNC Bank NA** | **:** | |
| **Movant,** | **:** | **Related Document # 158** |
| | **:** | |
| **vs** | **:** | |
| | **:** | |
| **Joseph M. Cavlovich** | **:** | |
| **Melanie S. Cavlovich** | **:** | |
| | **:** | |
| **Ronda J. Winnecour** | **:** | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) March 24, 2020 .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:   First-class mail and/or electronic notification   .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:   March 24, 2020

By:   /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

20-009754_SCS2

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

Kenneth Steidl, Attorney for Debtor, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 (notified by ecf)

Joseph M. Cavlovich and Melanie S. CavlovichDebtor, 10 Christler Street, Pittsburgh, PA 15223 (notified by regular US Mail)

Joseph M. Cavlovich and Melanie S. Cavlovich, Debtor, 10 Christler St, Pittsburgh, PA 15223-0000 (notified by regular US Mail)

20-009754_SCS2