# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 14-24444** |
| **Joseph M. Cavlovich** | **Chapter 13** |
| **Melanie S. Cavlovich** | **Judge Gregory L. Taddonio** |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **PNC Bank NA** | **Date and Time of Hearing** |
| **Movant,** | _____ |
| vs | |
| | **Place of Hearing** |
| **Joseph M. Cavlovich** | **Courtroom A on the 54th Floor of the U.S.** |
| **Melanie S. Cavlovich** | **Steel Tower** |
| | **600 Grant Street, Pittsburgh, PA 15219** |
| **Ronda J. Winnecour** | |
| **Respondents.** | **Related Document #** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank NA, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Adam B. Hall (323867)
        Sarah E. Barngrover (323972)
        Edward H. Cahill (0088985)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

20-009754_PS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 14-24444** |
| **Joseph M. Cavlovich** | **Chapter 13** |
| **Melanie S. Cavlovich** | **Judge Gregory L. Taddonio** |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **PNC Bank NA** | **Date and Time of Hearing** |
| **Movant,** | _____ |
| vs | |
| | **Place of Hearing** |
| **Joseph M. Cavlovich** | **Courtroom A on the 54th Floor of the U.S.** |
| **Melanie S. Cavlovich** | **Steel Tower** |
| | **600 Grant Street, Pittsburgh, PA 15219** |
| **Ronda J. Winnecour** | |
| **Respondents.** | **Related Document #** |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 24, 2020.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Kenneth Steidl, Attorney for Joseph M. Cavlovich and Melanie S. Cavlovich, julie.steidl@steidl-steinberg.com

Service by First-Class Mail:
Joseph M. Cavlovich and Melanie S. Cavlovich, 10 Christler Street, Pittsburgh, PA 15223

Joseph M. Cavlovich and Melanie S. Cavlovich, 10 Christler St, Pittsburgh, PA  15223-0000

EXECUTED ON: <u>March 24, 2020</u>

By: <u>  /s/ Karina Velter                                </u>
Signature

20-009754_PS

Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission
