FILED
5/20/20 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH M. CAVLOVICH
MELANIE S. CAVLOVICH
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:14-24444

Chapter 13

Related to Docket No. 160

### ORDER OF COURT

AND NOW, this \_\_\_\_20th Day of May, 2020\_\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
dFb

### ENTERED BY DEFAULT

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                          Case No. 14-24444-GLT
Joseph M. Cavlovich
Melanie S. Cavlovich                                            Chapter 13
        Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                  Page 1 of 3                  Date Rcvd: May 20, 2020
                              Form ID: pdf900             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
db/jdb         +Joseph M. Cavlovich,    Melanie S. Cavlovich,    10 Christler Street,    Pittsburgh, PA 15223-2039
13950897        Best Buy Credit Serives,    PO Box 183195,    Columbus, OH 43218-3195
13981923        Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13950905       +Children's Hospital of Pittsburgh of UPM,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
13950906       +Childrens Hospital of Pittsburgh,    c/o State Collection Service,    2509 S. Stoughton Rd.,
                 Madison, WI 53716-3314
13994220       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13950912        Home Depot Services,    PO Box 182676,    Columbus, OH 43218-2676
13950913        Juniper,   Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
13950916       #+Litholink Corporation,    2250 West Campbell Park Drive,    Chicago, IL 60612-3502
13950917        Lowe's/GERCB,    P.O. Box 530914,    Atlanta, GA 30353-0914
13950918       +Medexpress Billing,    PO Box 719,    Dellslow, WV 26531-0719
13950922        NCO Financial Systems, Inc.,    Payment Services,    PO Box 60500,
                 City of Industry, CA 91716-0500
13990888       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13950925        PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
13950924       +PNC Bank,    3232 Newark Drive,    Miamisburg, OH 45342-5421
13983786       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13950926        PNC Mortgage,    P.O. Box 6534,    Carol Stream, IL 60197-6534
13950927        Sam's Club/GERCB,    PO Box 530942,    Atlanta, GA 30353-0942
13950929       +State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
13950931       +Target Card Servcies,    PO Box 660170,    Dallas, TX 75266-0170
13950932        UPMC Passavant,    PO Box 382059,    Pittsburgh, PA 15250-8059
13950933        UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13950935       +UPMC Presbyterian-Shadyside,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
13950937       +UPMC St. Margaret,    P. O. Box 382059,    Pittsburgh, PA 15250-0001
13950939        Urologic Associtaes of Western PA,    200 Delafield Rd.,    Suite 3060,
                 Pittsburgh, PA 15215-3235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13950895        E-mail/Text: kristin.villneauve@allianceoneinc.com May 21 2020 02:55:15
                 AllianceOne Reeivables Management, Inc.,    PO Box 3111,    Southeastern, PA 19398-3111
13950896       +E-mail/Text: ally@ebn.phinsolutions.com May 21 2020 02:55:15      Ally Bank,    P.O. Box 130424,
                 Roseville, MN 55113-0004
13962747        E-mail/Text: ally@ebn.phinsolutions.com May 21 2020 02:55:15
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13974334       +E-mail/Text: bncmail@w-legal.com May 21 2020 02:56:20      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13950899        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 21 2020 02:59:17
                 Capital One Bank USA, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13950903        E-mail/PDF: gecsedi@recoverycorp.com May 21 2020 03:00:24      Care Credit/GECRB,
                 GE Retail Bank,   P.O. Box 960061,    Orlando, FL 32896-0061
13950904       +E-mail/Text: bankruptcy@cavps.com May 21 2020 02:56:22      Cavalary Portfolio Services,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2322
13951478       +E-mail/Text: bankruptcy@cavps.com May 21 2020 02:56:22      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13950907       +E-mail/Text: mediamanagers@clientservices.com May 21 2020 02:55:43      Client Services,
                 3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
13950908       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 21 2020 02:55:54      Comenity - Giant Eagle,
                 PO Box 659584,    San Antonio, TX 78265-9584
13950909        E-mail/PDF: creditonebknotifications@resurgent.com May 21 2020 03:00:32      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
13950910        E-mail/PDF: DellBKNotifications@resurgent.com May 21 2020 03:11:30      Dell Preferred Account,
                 Payment Processing Center,    PO Box 6403,    Carol Stream, IL 60197-6403
13950911       +E-mail/PDF: gecsedi@recoverycorp.com May 21 2020 02:59:12      GECRB/Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
13950898        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 21 2020 02:59:46      BP,
                 Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
13950928        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 21 2020 02:59:14      Slate from Chase,
                 Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13950914        E-mail/Text: bncnotices@becket-lee.com May 21 2020 02:55:49      Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
13950915       +E-mail/Text: bankruptcy@affglo.com May 21 2020 02:56:14      Leading Edge Recovery Solutions,
                 PO Box 129,    Linden, MI 48451-0129
13950919       +E-mail/Text: rcpsbankruptcynotices@parallon.com May 21 2020 02:56:36      Medicredit,
                 PO Box 1629,    Maryland Heights, MO 63043-0629
13950923        E-mail/Text: electronicbkydocs@nelnet.net May 21 2020 02:56:18      Nelnet,    P.O. Box 82561,
                 Lincoln, NE 68501-2561
13993643        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2020 08:36:21
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
```

```
District/off: 0315-2           User: culy              Page 2 of 3            Date Rcvd: May 20, 2020
                               Form ID: pdf900         Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13955298         E-mail/Text: bnc-quantum@quantum3group.com May 21 2020 02:55:55
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14239646         E-mail/Text: bnc-quantum@quantum3group.com May 21 2020 02:55:55
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13967068        +E-mail/Text: bncmail@w-legal.com May 21 2020 02:56:20      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13950936        +E-mail/Text: BankruptcyNotice@upmc.edu May 21 2020 02:56:27      UPMC Shadyside,
                 Quantum I Building, Third Floor,    Distribution Room #386,    2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
13958516        +E-mail/Text: electronicbkydocs@nelnet.net May 21 2020 02:56:18      US Department of Education,
                 c/o Nelnet,    3015 South Parker Road Suite 400,    Aurora, CO 80014-2904
                                                                                               TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
cr              PNC Bank, National Association
cr*            +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13950900*       Capital One Bank USA, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13950901*       Capital One Bank USA, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13950902*       Capital One Bank USA, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13950920*       Medicredit, Inc.,    PO Box 1629,    Maryland Heights, MO 63043-0629
13950921*       Medicredit, Inc.,    PO Box 1629,    Maryland Heights, MO 63043-0629
13950930*      +State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
13950934*       UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13950938*      +UPMC St. Margaret,    P. O. Box 382059,    Pittsburgh, PA 15250-0001
                                                                                        TOTALS: 2, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2020 at the address(es) listed below:
```
              David   Neeren    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dneeren@rasnj.com
              David   Neeren    on behalf of Creditor    PNC Bank, National Association dneeren@rasnj.com
              David   Neeren    on behalf of Creditor    PNC BANK N.A. dneeren@rasnj.com
              James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    PNC BANK N.A. amps@manleydeas.com
              Kenneth  Steidl    on behalf of Debtor Joseph M. Cavlovich julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth  Steidl    on behalf of Joint Debtor Melanie S. Cavlovich
               julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Lauren Berschler Karl   on behalf of Creditor    PNC BANK N.A. lkarl@rascrane.com,
               lbkarl03@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2                  User: culy                    Page 3 of 3                    Date Rcvd: May 20, 2020
                                      Form ID: pdf900               Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Stuart P. Winneg    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION swinneg@udren.com, cblack@udren.com

                                                                                                                                     TOTAL: 12